**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERTO CREA, | Case No. CV 08-06464 GW (AGRx) |
| Plaintiff, | JUDGMENT |
| vs. | |
| CITY OF HOPE, a California corporation; CITY OF HOPE NATIONAL MEDICAL CENTER, a California corporation; BECKMAN RESEARCH INSTITUTE OF THE CITY OF HOPE, a California corporation; and DOES 1 through 20, | |
| Defendants. | |

2321801

On October 4, 2010, this Court issued a Statement of Decision on the summary judgment motion of Defendants City of Hope, City of Hope National Medical Center and the Beckman Research Institute of the City of Hope (collectively, "Defendants"). For the reasons stated in the Statement of Decision, the Court granted summary judgment in favor of Defendants as to all causes of action of Plaintiff Roberto Crea ("Plaintiff"). In addition, the Court granted summary adjudication in favor of Defendants as to Plaintiff's causes of action for 1) breach of contract (and breach of the implied covenant of good faith and fair dealing) as to the sharing of royalties, 2) breach of fiduciary duty, and 3) conversion. Accordingly,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed on the merits, and that Defendants shall recover their costs.

DATED: November 4, 2010

Hon. George H. Wu
United States District Judge

Submitted by:

IRELL & MANELLA LLP

By: /S/ Joseph M. Lipner
Joseph M. Lipner
Attorneys for Defendants
City of Hope, City of Hope National
Medical Center, and Beckman Research
Institute of the City of Hope

2321801

- 1 -